IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Nassau Broadcasting Partners, L.P., *et al.*,[1]<br><br>Debtors and Debtors-in-Possession. | Chapter 11<br><br>Case No. 11-12934 (KG)<br><br>**Related Docket No. 22** |

## ORDER GRANTING DEBTORS' MOTION DIRECTING JOINT ADMINISTRATION OF RELATED CHAPTER 11 CASES

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (the "Debtors"), pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1, for an order consolidating these cases <u>for procedural purposes only</u> and directing the joint administration of these related cases; and upon the Declaration of Peter Tonks, Chief Financial Officer, In Support of First Day Motions, filed contemporaneously with the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, their creditors, and all parties-in-interest; and upon the Motion and all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is hereby

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Nassau Broadcasting Partners, L.P., a Delaware limited partnership (9866) (Case No. 11-12934), (ii) Nassau Broadcasting I, LLC, a Delaware limited liability company (7047) (Case No. 11-12931), (iii) Nassau Broadcasting II, LLC, a Delaware limited liability company (2048) (Case No. 11-12932), and (iv) Nassau Broadcasting III, LLC, a Delaware limited liability company (9570) (Case No. 11-12933). The mailing address for the Debtors is 619 Alexander Road, Third Floor, Princeton, NJ 08540.

[2] Terms not defined herein shall have the meanings ascribed to them in the Motion.

#14938885 v5

ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED as provided for and to the extent set forth herein and any objections thereto are OVERRULED.

2. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 11-12934 (KG).

3. The caption of these jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| Nassau Broadcasting Partners, L.P., *et al.*,[1] | Case No. 11-12934 (KG) |
| Debtors. | Jointly Administered |

4. The following notation shall be entered on the case docket of each of the four Debtors:

> "An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Nassau Broadcasting Partners, L.P., Nassau Broadcasting I, LLC, Nassau Broadcasting II, LLC and Nassau Broadcasting III, LLC. All further pleadings and other papers relating to any of the four Debtors shall be filed in, and all further docket entries made in, Case No. 11-12934 (KG) (Nassau Broadcasting Partners, L.P.). The docket in Case No. 11-12934 (KG) should be consulted for all matters affecting this case."

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order and in accordance with the Motion.

---

[1] The Debtors are the following entities (last four digits of EIN in parentheses): (i) Nassau Broadcasting Partners, L.P., a Delaware limited partnership (9866) (Case No. 11-12934), (ii) Nassau Broadcasting I, LLC, a Delaware limited liability company (7047) (Case No. 11-12931), (iii) Nassau Broadcasting II, LLC, a Delaware limited liability company (2048) (Case No. 11-12932), and (iv) Nassau Broadcasting III, LLC, a Delaware limited liability company (9570) (Case No. 11-12933). The mailing address for the Debtors is 619 Alexander Road, Third Floor, Princeton, NJ 08540.

#14938885 v5

6. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Debtors' chapter 11 cases.

7. This terms and conditions of this Order shall take effect immediately upon its entry, notwithstanding any Bankruptcy Rule to the contrary.

8. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

Dated: OCTOBER 12, 2011
Wilmington, Delaware

THE HONORABLE KEVIN GROSS
CHIEF UNITED STATES BANKRUPTCY
JUDGE

#14938885 v5